```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15274
    SANKHOO POURSHAHBAZI
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2613

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 08/23/2007 and was confirmed 01/07/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 06/02/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED       2187.95            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       1630.38            .00           .00
CAROLINE IVAN              NOTICE ONLY   NOT FILED            .00           .00
TCF NATIONAL BANK          UNSECURED     NOT FILED            .00           .00
AMERICAN GENERAL FINANCE   FILED LATE      2915.00            .00           .00
ARMOR SYSTEMS CO           UNSECURED     NOT FILED            .00           .00
FIRST PREMIER BANK         UNSECURED     NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED       3730.00            .00           .00
AT&T WIRELESS              UNSECURED        515.03            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        497.66            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        144.12            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       3207.80            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        649.92            .00           .00
ECMC                       UNSECURED       3328.70            .00           .00
ILLINOIS DEPT OF REV       PRIORITY        1248.85            .00           .00
ILLINOIS DEPT OF REV       UNSECURED        269.94            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,493.00                        218.96
TOM VAUGHN                 TRUSTEE                                         19.04
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  238.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 218.96
TRUSTEE COMPENSATION                            19.04
DEBTOR REFUND                                     .00

                 PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15274 SANKHOO POURSHAHBAZI
```

```
                            ---------------      ---------------
TOTALS                             238.00               238.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/24/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE